IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )  Case No. 3:21-cv-01502-SMY |
| WHITE COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

# NOTICE AND ORDER

This case is before the Court for case management. Summons were returned executed for Defendants Doug Maier and White County (Docs. 18, 19). Responsive pleadings were due on May 31, 2022 (*Id.*). To date, Defendants Maier and White County have failed to move, answer, or otherwise plead in response to the Complaint.

The Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED.R.CIV.P. 55(a). Accordingly, the Court **ORDERS** as follows:

1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Doug Maier and White County in accordance with Federal Rule of Civil Procedure 55(a).

2) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and Defendants Maier and White County at the addresses set forth on the Summons.

**IT IS SO ORDERED.**

**DATED: July 21, 2022**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**