IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:21-cv-01502-SMY |
| WHITE COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Motion to Reconsider Order Denying Motion to Set Aside Default filed by Defendants White County and Doug Maier (Doc. 30). Summons were returned executed for Defendants Doug Maier and White County (Docs. 18, 19) and their responsive pleadings were due on May 31, 2022 (*Id.*). However, Defendants Maier and White County failed to move, answer, or otherwise plead in response to the Complaint by that deadline. Consequently, a Clerk's Entry of Default was docketed on July 22, 2022 (Doc. 25). Defendants filed a Motion to Set Aside Default on August 1, 2022 (Doc. 28), which was denied on August 2, 2022 because they failed to identify a meritorious defense to Plaintiff's claim (Doc. 29). Defendants then filed the instant motion and a supplement with an Affidavit by Doug Maier (Doc. 31).

"A party seeking to vacate an entry of default prior to the entry of judgment must show: (1) good cause for the default; (2) quick action to correct it; and (3) a meritorious defense to the complaint." *Cracco v. Vitran Express, Inc.*, 559 F.3d 625, 630–31 (7th Cir.2009) (citations omitted); Fed. R. Civ. P. 55(c). According to the motion to set aside default, subsequent to the service of summons, the matter was forwarded to the current insurer for White County (Doc. 28).

That carrier made a determination that this matter was not covered under the current policy and it would need to be forwarded to the prior carrier (*Id.*). Counsel for White County and Maier was contacted by the proper carrier on July 29, 2022 and took quick action to address the default (*Id.*). In the motion to reconsider, White County and Maier assert meritorious defenses to Plaintiff's claims (Doc. 30, pp. 1-2; Doc. 31, p. 3).

Consistent with this Court's preference for adjudication on the merits and the circumstances surrounding the failure to file timely responsive pleadings, the Motion to Reconsider (Doc. 30) is **GRANTED** and the Clerk's Entry of Default (Doc. 25) is **VACATED**. Defendants White County and Doug Maier shall file responsive pleadings within 7 days of the date of this Order.

**IT IS SO ORDERED.**

**DATED: October 11, 2022**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**